**JAMEY DEON JIMERSON**
1799 Alicante St.
Pomona, CA 91768
Telephone: (909) 717-4503
Facsimile:. (424) 785-1126.
E-mail: jjjetplan3@gmail.com

Plaintiff in Pro Per,
JAMEY DEON JIMERSON



# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMEY DEON JIMERSON<br>, an individual<br><br>        Plaintiff,<br><br>    vs.<br><br>CONSUMER PORTFOLIO<br>SERVICES., a corporation, and DOES<br>1-10, inclusive,<br><br>        Defendants. | Case No.:<br><br>**COMPLAINT FOR:**<br><br>1) **VIALATION OF THE FAIR CREDIT REPORTING ACT (FCRA) [15 U.S.C. §1681b] (3) (A) AND CIVIL LIABILITY FOR WILLFUL NONCOMPLIANCE [15 U.S.C. §1681n].**<br><br>**DEMAND FOR JURY TRIAL** |

## COMPLAINT

Come now PLAINTIFF JAMEY DEON JIMERSON, an individual, and complain

and allege against Defendants, CONSUMER PORTFOLIO SERVICES and DOE

DEFENDANTS 1 through 10 as follows:

## VENUE AND JURISDICTION

1. This action is brought pursuant to (FCRA) 15 U.S.C §1681 *et seq.*



//

2.  Jurisdiction is founded on 15 U.S.C. § 1681p Statutory Provisions of the FCRA. Venue is proper in the Central District of California. The injuries occurred in the County of Los Angeles City of Pomona, California.

## COMMON ALLEGATIONS

3.  At all relevant times mentioned in this Complaint, Plaintiff was a resident of the County of Los Angeles, State of California.

4.  At all times mentioned herein, Defendant was licensed to do business in the County of Los Angeles, State of California.

5.  At all times mentioned herein, CONSUMER PORTFOLIO SERVICES is a private entity( hereinafter referred to as "CPS")

6.  Plaintiff is ignorant of the true names and capacities of those Defendants sued herein as DOES 1 through 10 inclusive, and therefore sues them by such fictitious names. Plaintiff will amend this Complaint to show the true names and capacities of said DOE Defendants when the same are ascertained.

7.  Plaintiff is informed and believes and, based upon such information and belief, alleges that each of the Defendants is responsible in some manner for the events and happenings referred to herein and was the legal cause of statutory injury to Plaintiff as herein alleged.

8.   Plaintiff is informed and believes and, based upon such information and belief, alleges that, at all times herein mentioned, each and every Defendant was authorized to conduct business in the County of Los Angeles and the State of California. At all times relevant hereto, said DEFENDANTS were acting within the scope of their corporate business license within the County of Los Angeles and State of California.

9.   At all times relevant hereto, DEFENDANTS employed and organized unlawful customs, illegal practices of privacy violations, illegally obtaining personal information and thus intentionally causing the PLAINTIFF emotional distress. Said misconduct was known by, encouraged, tolerated and or condoned by said DEFENDANTS.

10. This action arises from statutory damages sustained by the Plaintiff as a result of the inquiry on his consumer credit report by Defendant(s) and each of them.

11.  Plaintiff received a copy of his "EXPERIAN consumer credit report" on February 09, 2012.

12.  After reviewing the EXPERIAN consumer credit report Plaintiff noticed an unauthorized inquiry by Defendant CPS on March 30, 2011.

13.  Said "EXPERIAN consumer credit report" is attached to the complaint as exhibit "A".

14.  Plaintiff sent a letter to Defendant CPS on February 02, 2012 titled "Unauthorized Credit Inquiry" via "USPS certified mailing receipt #7011-1570-0002-9467-7762" requesting the removal of the inquiry and stating if Plaintiff is in remiss to provide proof of such authorization.

15.  Said " Unauthorized Credit Inquiry" letter is attached to this complaint as exhibit "B"

16.  Said "USPS certified mailing receipt #7011-1570-0002-9467-7762" is attached to this complaint as exhibit "C".

17. Defendant "CPS" failed to respond to the correspondence so Plaintiff came to the conclusion that Defendant "CPS" would or could not provide documentation from a creditor which verified its retention by any such creditor or documentation of any evidence of a permissible purpose to obtain the PLAINTIFF consumer credit report.

18. Plaintiff sent a response letter to Defendant "CPS" on September 15, 2012 titled "NOTICE OF PENDING LAWSUIT" via "USPS Certified mailing receipt #7012-1010-0001-8405-0813" in an attempt to persuade Defendant "CPS" again to settle the matter amicably. Plaintiff reserved silently, documentation providing permissible purpose under the (FCRA) U.S.C. § 1681 would be provided.

19. Said "NOTICE OF PENDING LAWSUIT" is attached to this complaint as exhibit "D".

20. Said "USPS Certified mailing receipt #7012-1010-0001-8405-0813" is attached to this complaint as exhibit "E".

### FIRST CAUSE OF ACTION

### VIALATION OF THE FAIR CREDIT REPORTING ACT (FCRA) [15 U.S.C. §1681b] (3) (A) AND CIVIL LIABILITY FOR WILLFUL NONCOMPLIANCE [15 U.S.C. §1681n].

### Against All Defendants

21. Paragraphs 1 through 20 are realleged as though fully set forth herein.

22. Plaintiff re-alleges, adopts and incorporates as if set forth at length hereat, and to the extent applicable, paragraphs 1 through 22 above.

23. In doing the things set forth above, Defendant(s), and each of them, violated the right of the PLAINTIFF against inaccurate and unfair credit reporting as guaranteed by the Fair Credit Reporting Act (FCRA), 15 U.S.C. §1681.

24. As set forth above, those violations include, but are not limited to, impermissible purpose in requesting the consumer credit report of the PLAINTIFF from EXPERIAN, a credit reporting agency. Adverse action resulting in unfavorable changes to the consumer credit report of the PLAINTIFF. This company conducting business within the FCRA is presumed to have competent knowledge of the permissible purpose requirements; obtaining the consumer report

of the PLAINTIFF in this manner presumes this action as a part in a pattern of willful non compliance.

25.  As a proximate result of the actions of Defendants, and each of them, the Plaintiff was caused to endure unfavorable credit reporting. Plaintiff was also caused an unfair breach in the privacy afforded to the Plaintiff under the law. Other relevant damages incurred by the Plaintiff will be more specifically proven at trial.

26.  As a proximate result of the actions of Defendant(s), and each of them, Plaintiff has been injured in mind and body as well as financially, all in a value determined by proof at trial.

## **PRAYER**

WHEREFORE, Plaintiff requests a trial by jury and prays judgment against the Defendants as follows:

## **AS TO THE FIRST CAUSE OF ACTION –**

1.      Statutory damages in an amount to be determined by proof at trial;

2.      Attorney's Fees and Costs of litigation pursuant to §42 U.S.C. 1988;

3.      Interest according to law; and

4.      Any other and further relief that the Plaintiff may be entitled to and the Court deems just and proper.

//

//

Dated:  November 13, 2012

By: _____

By, JAMEY DEON JIMERSON,
Plaintiff in Pro Per

I am a PLAINTIFF in this action. I have read the foregoing allegations in the complaint. The matters stated in the complaint are true of my own knowledge except those matters stated on information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: November 13, 2012

[JAMEY DEON JIMERSON]

//

//

//

//

//

COMPLAINT

## DEMAND FOR JURY TRIAL

PLAINTIFF JAMEY DEON JIMERSON, hereby respectfully demands that the present matter be set for a jury trial.

Dated:  November 13, 2012

By: _____

By, JAMEY DEON JIMERSON,
Plaintiff in Pro Per

COMPLAINT

Page 8

# EXHIBIT A

- a potential investor in assessing the risk of a current obligation;
- Experian Consumer Assistance to process a report for you;
- your current creditors to monitor your accounts (date listed may reflect only the most recent request);
- an end user to complete your mortgage loan application.

These inquiries do not affect your credit score.

**P & B CAPITAL GROUP LLC**

Address:
369 WASHINGTON ST STE 100
BUFFALO NY 14203
No phone number available

Date of Request:
01/04/2012

**AMERICAN EXPRESS 2**

Address:
PO BOX 981537
EL PASO TX 79998
(800) 874-2717

Date of Request:
01/02/2012

**AMERICAN EXPRESS CO**

Address:
PO BOX 981537
EL PASO TX 79998
(800) 874-2717

Date of Request:
12/29/2011

**CAP ONE**

Address:
PO BOX 30281
SALT LAKE CITY UT 84130
No phone number available

Date of Request:
11/30/2011, 10/26/2011

**HSBC NV CARD SERVICES**

Address:
12447 SW 69TH AVE
TIGARD OR 97223
No phone number available

Date of Request:
11/18/2011, 04/22/2011

**CONSUMER PORTFOLIO SERVI**

Address:
19500 JAMBOREE RD # FLRS 4/6
IRVINE CA 92612

Date of Request:
09/28/2011, 07/08/2011, 03/30/2011

# EXHIBIT B

JAMEY JIMERSON
1799 ALICANTE ST
POMONA CA, 91768

CONSUMER PORTFOLIO SERVICES
19500 JAMBOREE RD #FLRS4/6
IRVINE CA, 92612

3/2/2012

Re: Unauthorized Credit Inquiry

Dear CONSUMER PORTFOLIO SERVICES

      I recently received a copy of my Experian credit report. The credit report showed a credit inquiry by your company that I do not recall authorizing. I understand that you shouldn't be allowed to put an inquiry on any file unless I have authorized it. Please have the inquiry removed from my credit file because it is making it very difficult for me to acquire credit.

I have sent this letter certified mail because I need you prompt response to this issue. Please be so kind as to forward me documentation that you have had the unauthorized inquiry removed.

If you find that I am remiss, and you did have my authorization to inquire into my credit report, then please send me proof of this within (10) days.

Thanking you in advance,

Sincerely,

JAMEY JIMERSON
SSN#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
*Attachment included*

# EXHIBIT C



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.45 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.40 |

Sent To *Consumer Fost Fair*
Street, Apt. No.; or PO Box No. *19500 Jamboree*
City, State, ZIP+4

PS Form 3800, August 2006          See Reverse for Instructions

7011 1570 0002 9467 7762

# EXHIBIT D

JAMEY JIMERSON

1799 ALICANTE ST
POMONA, CA 91768

CONSUMER PORTFOLIO SERVICES
19500 JAMBOREE RD #FLRS4/6
IRVINE CA, 92612

September, 12 2012

NOTICE OF PENDING LAWSUIT

To whom it may concern,

This 2nd letter is being sent prior to filing a suit, an opportunity to amicable cure CONSUMER PORTFOLIO SERVICES violations of the Fair credit Reporting Act (FCRA) 15 U.S.C. § 1681b, Fair Debt Collections Practices Act (FDCPA) 15 U.S.C. § 1692c(a)(1), 15 U.S.C. § 1692g(a) FDCPA and the Rosenthal fair Debt Collection Practices Act §1788.11(e), § 1788.10(d).

I am willing to settle these mattes amicably without having to file a suit and am giving you five (5) days from receipt of this letter to take the opportunity to do so. If CONSUMER PORTFOLIO SERVICES chooses not to settle the matter at hand then I will have no choice but to file a suit and seek my remedy in a court of law.

I can be reached directly and only by email at jjjetplan3@gmail.com. This email is not to be shared or used for any purpose other than to address the matter at hand.

Respectfully,

_____

By, JAMEY JIMERSON

: attached
(Copy)Unauthorized credit inquiry letter dated 3/2/2012
(Copy) of Experian Credit Report dated 2/9/2012
(COPY) certified mail receipt

# EXHIBIT E



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Cormac J. Carney and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

**SACV12– 1973 CJC  (RNBx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

======================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| JAMEY DEON JIMERSON, an individual | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| CONSUMER PORTFOLIO SERVICES., a corporation, and DOES 1-10, inclusive, | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 8:12CV1973 CJC (RNB+)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CONSUMER PORTFOLIO SERVICES
19500 JAMBOREE RD #FLRS 4/6
IRVINE, CA 92612

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JAMEY DEON JIMERSON
1799 ALICANTE ST
POMONA, CA 91768

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____11/13/2012_____          _____
                                    *Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☑)<br>JAMEY DEON JIMERSON<br>, an individual | **DEFENDANTS**<br>CONSUMER PORTFOLIO SERVICES., a corporation, and DOES 1-10,<br>inclusive, |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing<br>yourself, provide same.)<br><br>JAMEY DEON JIMERSON<br>1799 ALICANTE ST, POMONA CA, 91768 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No   ☑ **MONEY DEMANDED IN COMPLAINT:** $ 1000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. §1681

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☑ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

8:12CV1473

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES COUNTY | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | ORANGE county |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES COUNTY | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER):  _____          Date November 13, 2012

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |