JAMEY DEON JIMERSON
1799 Alicante St.
Pomona, CA 91768
Telephone: (909) 717-4503
Facsimile: (424) 785-1126
E-mail: jjjetplan3@gmail.com

Plaintiff in Pro Per,
JAMEY DEON JIMERSON

FILED
2013 FEB 15 AM 11:46
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY: ___

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMEY DEON JIMERSON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CONSUMER PORTFOLIO SERVICES., a corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 12-cv-01973-CJC-RNB<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Hon. Cormac J. Carney<br><br>Action Filed: November 13, 2012 |

**PLEASE TAKE NOTICE** that Plaintiff JAMEY DEON JIMERSON ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action *without prejudice* as to Defendants CONSUMER PORTFOLIO SERVICES., a corporation, and DOES 1-10, inclusive.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

**(a) Voluntary Dismissal.**

    **(1)** *By the Plaintiff.*

        **(A)** *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

            **(i)** a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

        \*        \*        \*

Defendants have neither answered the Complaint of the Plaintiff, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Dated: February 13, 2013

By: _____
By, JAMEY DEON JIMERSON,
Plaintiff in Pro Per